**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : 5:03-CR-103 (WDO) |
| **JUAN RUBALCAVA INIGUEZ,** | : |
| | : |
| **Defendant** | : |

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 22) to deny Defendant's motion to modify his sentence (Doc. 19). Having carefully considered the Recommendation, and there being no objection filed thereto, the Recommendation (Doc. 22) is ADOPTED and made the order of the Court. Defendant's motion to modify his sentence (Doc. 19) is DENIED for the reasons set forth in the Report and Recommendation.

**SO ORDERED this 14th day of November, 2007.**


*s/   Hugh Lawson*
**HUGH LAWSON
UNITED STATES DISTRICT JUDGE**




cf